IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AVA SOLOMON,<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE IDEMNITY POLICY 000000886169059,<br><br>Defendant. | 8:23CV207<br><br>**MEMORANDUM AND ORDER** |

Plaintiff, a non-prisoner, submitted her Complaint, Filing No. 1, via facsimile, which was docketed on May 22, 2023, along with two identical Motions for Leave to Proceed in Forma Pauperis, Filing No. 2; Filing No. 3. Upon review of Plaintiff's Motions, the Court finds that Plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that:

1. Plaintiff's initial motion for leave to proceed in forma pauperis, Filing No. 2, is granted, and the Complaint shall be filed without payment of fees.

2. Plaintiff's second motion for leave to proceed in forma pauperis, Filing No. 3, is denied as moot.

3. Plaintiff is advised that although the Court accepted her Complaint and motions she submitted by facsimile, pursuant to NECivR 5.1(c) of this Court "[a] document faxed or e-mailed to the clerk or assigned judge is not considered filed without a court order."

As such, Plaintiff is hereby notified that all future filings she makes into this case must be made via hand delivery, United States postal mail, or by registering for electronic case filing ("CM/ECF") access. *See* NEGenR 1.3(b).

    4. Plaintiff is further advised that the next step in her case will be for the court to conduct an initial review of her claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The Court will conduct this initial review in its normal course of business.

    Dated this 30th day of May, 2023.

BY THE COURT:

*Joseph F. Bataillon*
Joseph F. Bataillon
Senior United States District Court

2