IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AVA SOLOMON,<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE IDEMNITY POLICY 000000886169059, ALLSTATE INSURANCE COMPANY, and ETHAN CHAVEZ,<br><br>Defendants. | 8:23CV207<br><br>MEMORANDUM AND ORDER |

This matter is before the Court on what appears to be two identical motions titled "ex parte motion for Quo Status of Case" filed by Plaintiff on forms for the District Court of Clark County, Nevada (the "Motions"), Filing No. 41 and Filing No. 42, docketed as "amended motion to restrict" and "unopposed motion for summary judgment" respectively. The Court construes the Motions as motions for status, grants the Motions, and provides the following information regarding Plaintiff's case.

Defendant Allstate Insurance Company filed a motion to dismiss and a brief in support on October 19, 2023. Filing No. 43, Filing No. 44. Pursuant to Local Rule 7.1(b)(1)(B), Plaintiff has 21 days to file a brief in opposition to the motion to dismiss. If Plaintiff requires additional time to respond she must file a motion requesting additional time before the time to file her brief in opposition has expired.

2

Accordingly, IT IS THEREFORE ORDERED that:

1. Plaintiff's Motions for status, Filing No. 41 and Filing No. 42 are granted consistent with this Memorandum and Order.

2. Plaintiff has through and until November 9, 2023, to file a brief in opposition to the motion to dismiss or file a motion to extend time to respond.

3. The Clerk's Office is directed to set the following pro se case management deadline: **November 9, 2023**: check for opposition to motion to dismiss from Plaintiff Ava Solomon.

Dated this 20th day of October, 2023.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Court