IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AVA SOLOMON,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE IDEMNITY POLICY 000000886169059, ALLSTATE INSURANCE COMPANY, and ETHAN CHAVEZ,<br><br>　　　　　　Defendants. | 8:23CV207<br><br>**ORDER** |

　　　　The undersigned's chambers received four essentially identical e-mails from Plaintiff. As the Court previously warned Plaintiff, the Court will not act on any emails submitted by Plaintiff and such e-mail submissions will not be made part of the record. *See* Filing No. 40 at 2–3. Pursuant to local rule, "[a] document faxed or e-mailed to the clerk or assigned judge is not considered filed without a court order." NECivR 5.1(c). If Plaintiff wishes to request relief from or action by the Court, she may do so by filing a proper motion.

　　　　IT IS THEREFORE ORDERED that the Court will not take any action on any emails submitted by Plaintiff and the emails will not be made part of the Court's record.

　　　　Dated this 13th day of August, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　　*Joseph F. Bataillon*
　　　　　　　　　　　　　　　　　　　　　　　　　Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge